Nos. 784 and 785. ROGERS & HUBBARD *v.* HARTFORD & NEW YORK TRANSPORTATION Co.  April 13, 1931.  Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. John W. Crandall* for petitioner.  *Mr. John W. Griffin* for respondent.

No. 306. SPURRIER ET AL. *v.* MITCHELL IRRIGATION DISTRICT ET AL.  See same case, *ante,* p. 796.

No. 859. STRANG *v.* UNITED STATES.  April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. · *Mr. Charles T. Rowland* for petitioner.  No appearance for the United States.

No. 745. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* NEVIN, EXECUTOR.  April 20, 1931.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Mr. Patrick J. Ryan* for petitioner.  *Messrs. Maurice Bower Saul* and *J. Marvin Haynes* for respondent.  *Mr. Norman McLeod,* Administrator, and *Mary B. Warburton,* by special leave of Court, filed a brief as *amici curiae.*

No. 695. SHIP CONSTRUCTION & TRADING Co., INC., *v.* UNITED STATES.  April 20, 1931.  Petition for writ of certiorari to the Court of Claims denied.  *Mr. A. Hayne de Yampert* for petitioner.  *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch* and *William W. Scott* for the United States.